# United States District Court
## Southern District of Georgia

Gulfstream Aerospace Corporation

Plaintiff

v.

Ellsworth Adhesives Specialty Chemical Distribution, Inc. et al.

Defendant

Case No. 4:19-CV-00156

Appearing on behalf of Gulfstream Aerospace Corporation

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 28th day of October, 2019.

*Christopher L. Ray*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Michael A. Doornweerd

Business Address: Jenner & Block LLP
Firm/Business Name

353 North Clark Street
Street Address

Chicago | IL | 60654
City | State | Zip

Mailing Address (if other than street address)

312-222-9350
Telephone Number (w/ area code)

Email Address: mdoornweerd@jenner.com