# United States District Court
## Southern District of Georgia

Gulfstream Aerospace Corporation
_____
Plaintiff

v.

Ellsworth Adhesives Specialty Chemical Distribution, Inc.
_____
Defendant

Case No. 4:19-CV-156

Appearing on behalf of
Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __28th__ day of __October__, __2019__.

*/s/ Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Thomas M. Burnett |
| Business Address: | Reinhart Boerner Van Deuren s.c. |
| | Firm/Business Name |
| | 1000 North Water Street, Suite 1700 |
| | Street Address |
| | Milwaukee    WI    53202 |
| | Street Address (con't) / City / State / Zip |
| | |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | (414) 298-8343 |
| | Telephone Number (w/ area code)    Georgia Bar Number |
| Email Address: | TBurnett@reinhartlaw.com |