# United States District Court
## Southern District of Georgia

Gulfstream Aerospace Corporation  
_____  
Plaintiff

Case No. ____4:19-CV-156____

v.  Ellsworth Adhesives Specialty Chemical Distribution, Inc.  
_____  
Defendant

Appearing on behalf of  
_____  
Defendant  
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __28th__ day of __October__, __2019__.

*Christopher L. Ray* (signature)  
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Allen C. Schlinsog, Jr.

Business Address: Reinhart Boerner Van Deuren s.c.  
Firm/Business Name

1000 North Water Street, Suite 1700  
Street Address

_____ Milwaukee  WI  53202  
Street Address (con't)  City  State  Zip

Mailing Address (if other than street address)

Address Line 2  City  State  Zip

(414) 298-8343  
Telephone Number (w/ area code)  Georgia Bar Number

Email Address: ASchlinsog@reinhartlaw.com