# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| Gulfstream Aerospace Corporation, | |
| Plaintiff, | |
| v. | No. 4:19-CV-00156 |
| Ellsworth Adhesives Specialty Chemical Distribution, Inc., | Judge R. Stan Baker |
| Defendant and Third-Party Plaintiff, | Magistrate Judge Christopher L. Ray |
| v. | |
| Chase Corporation, | |
| Third-Party Defendant. | |

## ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND SCHEDULING ORDER PENDING OUTCOME OF MEDIATION

Before the Court is the Parties' Joint Motion to Stay Discovery and Scheduling Order Pending Outcome of Mediation. Having reviewed the motion, the Court finds that there is good cause for the jointly requested stay and **GRANTS** the Motion to Stay Discovery and Scheduling Order Pending Outcome of Mediation. The Court stays discovery and the Scheduling Order in this matter pending the outcome of mediation, which is scheduled for February 11, 2020. After the mediation has concluded, the Parties are directed to notify the Court of the outcome within fourteen days from the date of the mediation. If the mediation does not fully resolve the case, the parties should request a telephonic status conference with the court for purposes of resetting the deadlines in the scheduling order. This request shall be made through the courtroom deputy clerk. At the time the request is made, the parties shall provide at least four (4) mutually agreeable dates and times when counsel would be available to confer with the Court.

1

So Ordered, this 16th day of December, 2019.

BY: _____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia