# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| Gulfstream Aerospace Corporation, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19-CV-00156 |
| Ellsworth Adhesives Specialty Chemical Distribution, Inc., | ) Judge R. Stan Baker |
| | ) Magistrate Judge Christopher L. Ray |
| Defendant and Third-Party Plaintiff, | ) |
| v. | ) |
| Chase Corporation, | ) |
| Third-Party Defendant. | ) |

## ORDER GRANTING JOINT MOTION FOR TELEPHONIC STATUS CONFERENCE

Before the Court is the Parties' Joint Motion for Telephonic Status Conference. Having reviewed the motion, the Court GRANTS the Motion for Telephonic Status Conference. A telephonic status conference for the purposes of resetting the deadlines in the Scheduling Order will be held on March 10, 2020 at 1:30 p.m.

So Ordered, this 5th day of March, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia