# United States District Court
## Southern District of Georgia

Gulfstream Aerospace Corporation
_____
Plaintiff

Case No. 4:19-CV-00156

v. Ellsworth Adhesives Specialty Chemical Distribution, Inc., et al.
_____
Defendant

Appearing on behalf of
Gulfstream Aerospace Corporation
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __10th__ day of __March__, __2020__.

_Christopher L. Ray_
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Andrew F. Merrick |
| Business Address: | Jenner & Block LLP |
| | Firm/Business Name |
| | 353 North Clark Street |
| | Street Address |
| | Chicago    IL    60654 |
| | Street Address (con't)  City  State  Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2  City  State  Zip |
| | (312) 222-9350 |
| | Telephone Number (w/ area code)    Georgia Bar Number |
| Email Address: | Amerrick@Jenner.com |