IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GULFSTREAM AEROSPACE CORPORATION, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-156 |
| v. | |
| ELLSWORTH ADHESIVES SPECIALTY CHEMICAL DISTRIBUTION, INC., | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| CHASE CORPORATION, | |
| Third-Party Defendant. | |

**O R D E R**

Before the Court is the Joint Stipulation of Dismissal filed by all parties to this case on August 24, 2020, wherein the parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, including attorneys' fees. (Doc. 43.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 9th day of September, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA